AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED IN CLERK'S OFFICE

__EASTERN__ District of __MASSACHUSETTS__

2005 OCT 11 P 4:25

U.S. DISTRICT COURT

YAKOV BRATSLAVSKIY

V.

MICHAEL CHERTOFF, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 11596 MLW

TO: (Name and address of Defendant)

EDUARDO AGUIRRE, JR / ROBERT DIVINE, DIRECTOR
U.S. CITIZENSHIP and IMMIGRATION SERVICES
20 MASSACHUSETTS AVE NW
WASHINGTON, DC 20529

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICE OF BORIS MAIDEN
251 HARVARD STREET, STE. 1
BROOKLINE, MA 02446

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUL 29 2005

CLERK

(By) DEPUTY CLERK

DATE