AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __MASSACHUSETTS__

FILED CLERKS OFFICE
2005 OCT 11 P 4: 25
U.S. DISTRICT COURT
DISTRICT OF MASS.

Yakov Bratslavsky

v.

Michael Chertoff, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 11596 MLW

TO: (Name and address of Defendant)

Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Office of Boris B. Maiden
251 Harvard Street, Ste. 1
Brookline, MA 02446

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE   JUL 29 2005