

Home | Help

# Track & Confirm

**FILED IN CLERKS OFFICE**
**2005 OCT 11 P 4: 25**
**U.S. DISTRICT COURT**
**DISTRICT OF MASS.**

### Search Results

Label/Receipt Number: **7002 0460 0002 9565 2224**
Status: **Delivered**

Your item was delivered at 8:52 am on August 04, 2005 in BOSTON, MA 02210. The item was signed for by S MPDTJ. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy