UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

FILED
IN CLERKS OFFICE

2005 OCT 11  P 4:25

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Yakov Bratslavskiy, **Plaintiff** ) | |
| ) | |
| v. ) | |
| ) | |
| Michael Chertoff, ) | |
| Secretary of the United States ) | |
| Department of Homeland Security, ) | |
| ) | Case No. **05 11596 MLW** |
| Robert Divine, Director, ) | |
| United States Citizenship and ) | |
| Immigration Services ) | |
| and ) | |
| Denis Riordan, District Director, ) | |
| United States Citizenship and ) | |
| Immigration Services ) | |
| **Defendants** ) | |

## REQUEST FOR DEFAULT JUDGMENT
(Rule 55(b) (1) )

I, the undersigned, **request that default** be entered against Defendants Michael Chertoff, Robert Divine and Denis Riordan, with costs and make affidavit that:

1. The Defendants failed to respond to the Complaint within 60 days from the date of service.

2. The Defendants failed to adjudicate the Plaintiff's Application for Naturalization.

Signed under the penalties of perjury.

_____
Boris B. Maiden
Attorney for the Plaintiff, Yakov Bratslavskiy
251 Harvard Street, Ste. 1
Brookline, MA, 02446
(617)739-6977