UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YAKOV BRATSLAVSKIY,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL CHERTOFF, Secretary of<br>the United States Department of<br>Homeland Security, et. al.<br><br>    Defendant. | Civil Action No.<br>05-11596-MLW |

### STIPULATION OF DISMISSAL
### WITHOUT PREJUDICE AND WITHOUT COSTS AND INTEREST

Pursuant to Fed. R. Civ. P. 41 (a)(1) the parties move this Honorable Court to dismiss this action without prejudice and without costs and interest.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| By his attorney | By its attorney, |
| BORIS B. MAIDEN | MICHAEL J. SULLIVAN,<br>United States Attorney |
| /s/ Gregory Romanovsky | /s/ Rayford A. Farquhar |
| GREGORY ROMANOVSKY<br>Law Office of Boris B. Maiden<br>251 Harvard Street, Suite 1<br>Brookline, MA 02446<br>(617) 739-6977 | RAYFORD A. FARQUHAR<br>Assistant U.S. Attorney<br>1 Courthouse, Suite 9200<br>Boston, MA 02210<br>(617) 748-3284 |

Dated: ~~November 16, 2005~~ December 2, 2005  R.A.F.

1